In the Matter of ARTHUR McKINNEY, Respondent, against JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Appellant.

(Submitted March 16, 1935; decided March 19, 1935.)

Motion denied without costs. We may say, however, that in affirming the order of the Appellate Division the court found that chapter 637 of the Laws of 1932 was

not intended to apply to the employees of the Transit Commission. Other legislation so indicates. We decided nothing else. Any intimation in the opinion of the Appellate Division that this act of 1932 was repealed by chapter 178 of the Laws of 1934 does not meet with our approval.